**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                      Chapter 11

**Sbarro LLC,** *et al.,*                   Case No. 14-10557 (MG)

                        Debtors.     Jointly Administered
------------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    William K. Harrington, the United States Trustee for Region 2, hereby appoints the following creditors to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b) of the Bankruptcy Code:

1. Performance Food Group, Inc.
   f/k/a Vistar Corporation
   12650 East Arapahoe Road
   Centennial, Colorado 80108
   Attention: Bradley W. Boe, Director of Credit
   Telephone: (303) 662-7121

2. PepsiCo Sales, Inc.
   1100 Reynolds Blvd
   Winston Salem, North Carolina 27105
   Attention: Michael T. Bevilacqua, Senior Director – Credit & A/R
   Telephone: (336) 896-5577

3. GGP Limited Partnership
   110 N. Wacker Drive
   Chicago, Illinois 60606
   Attention: Julie Minnick Bowden, National Bankruptcy Manager
   Telephone: (312) 960-2707

4. Simon Property Group, Inc.
   225 W. Washington Street
   Indianapolis, Indiana 46204
   Attention: Ronald M. Tucker, Vice President
   Telephone: (317) 263-2346

5. The Macerich Company
   401 Wilshire Blvd – Suite 700
   Santa Monica, California 90401
   Attention: Stephen L. Spector, SVP, General Counsel
   Telephone: (310) 394-6000


Dated: New York, New York
       March 26, 2014

                                        Respectfully submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE


                         By:    /s/ Paul K. Schwartzberg
                               Paul K. Schwartzberg
                               Trial Attorney
                               201 Varick Street – Suite 1006
                               New York, New York 10014
                               Telephone: (212) 510-0500
                               Fax: (212) 668-2255