# WHITE, QUINLAN & STALEY, LLP
ATTORNEYS AT LAW
377 OAK STREET
SUITE 301
GARDEN CITY, NEW YORK 11530

WILLIAM R. WHITE
TERENCE M. QUINLAN
REGIS E. STALEY, JR

JOANNE EMILY BELL
MICHAEL W. BUTLER

TEL:    (516) 222-2434
FAX:    (516) 222-2508

April 1, 2015

Via email: Lauren Kanzer - lauren.kanzer@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue,
New York, NY 10022

Via email: sfilippazzo@filippazzolaw.com
Stefano A. Filippazzo, P.C.
16 Court St., 29th Floor
Brooklyn, NY 11241

Via email: William Swift - wswift@oohdlaw.com
O'Connor, O'Connor, Hintz & Deveney, LLP
1 Huntington Quadrangle, Suite 3C01
Melville, New York 11747

Re:    In Re:  Sbarro LLC, *et al.*,
Case No.:   14-10557 (MG)
Motion to Lift Stay

Dear Counsel:

Please let this serve to confirm advice previously conveyed to each of you separately.

Subsequent to the service and filing of the motion by 22 W. 34th Street, LLC and Sol Goldman Investments, LLC, we were advised by the court that the return date, April 14, 2015 was not available.  The motion is now returnable on April 15, 2015 at 2 p.m. at the courthouse.

If you have any questions regarding this matter, please feel free to contact the undersigned.

Very truly yours,

TERENCE M. QUINLAN
tquinlan@wqslaw.com

TMQ:dra/laf

cc.: Deanna Marie Anderson: deanna_anderson@nysb.uscourts.gov